# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN K. KRUSE,<br><br>    Plaintiff,<br><br>vs.<br><br>ATOS IT SOLUTIONS AND SERVICES, INC.,<br><br>    Defendant. | 8:19CV150<br><br>**AMENDED FINAL PROGRESSION ORDER** |

  This matter if before the Court on the parties' Unopposed Motion to Amend Order Setting Schedule for Progression of a Civil Case. ([Filing No. 20](#).) The motion is granted. Accordingly,

1) The trial and pretrial conference are canceled and will not be reset at this time. A telephonic conference to discuss the status of case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **January 16, 2020** at **3:00 p.m.** Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is **January 14, 2020**. Motions to compel discovery under Rules 33, 34, and 36 must be filed by **January 28, 2020**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline is **January 14, 2020**.

    a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.

    b. Depositions will be limited by Rule 30(d)(1).

4) The deadline for filing motions to dismiss and motions for summary judgment is **February 7, 2020**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **January 15, 2020**.

6) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 1st day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge